JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLAYNE R. COHEN,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. CV 22-08687-SK<br><br>**JUDGMENT** |

    It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

Date: November 21, 2023

_____

HON. STEVE KIM
U.S. MAGISTRATE JUDGE